Bryon FOSTER *v.* STATE of Arkansas

CR 94-229                                                   873 S.W.2d 153

Supreme Court of Arkansas
Opinion delivered March 21, 1994

*Bill Luppen*, for appellant.

No response.

PER CURIAM. Bryon Foster, by his attorney, has filed a motion for a rule on the clerk.

His attorney, William Luppen, admits by motion and brief that the record was tendered late due to a mistake on his part.

439

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.

DUDLEY and CORBIN, JJ., not participating.